# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARRI RODGERS,<br><br>                Plaintiff,<br><br>vs.<br><br>BRAND DOSANJH, L.L.C. dba COWBOYS LIQUOR and GURVINDER DOSANJH,<br><br>                Defendants. | Case Number:<br>3:24-cv-00564-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO SET ASIDE DEFAULT AND VACATE HEARING** |

Plaintiff Karri Rodgers ("Plaintiff"), by and through her counsel of record, the law firm of Mark Mausert Law, and Defendant Gurvinder Dosanjh ("Defendant"), by and through his counsel of record, the law firm of Marquis Aurbach, hereby stipulate as follows:

1. The Default [ECF No. 9] entered against Defendant on January 28, 2025, be set aside;

2. That the hearing on Plaintiff's Motion for Hearing Regarding Clerk's Entry of Default [ECF No. 10], currently set for April 22, 2025, be vacated; and

///
///
///
///
///
///
///
///

Page 1 of 2

MAC: 00002-085 (#5857428.1) 4/18/2025 1:14 PM

1    3.   That Defendant shall have until May 9, 2025 to file a responsive pleading to

2  the Complaint [ECF No. 1].

3    IT IS SO STIPULATED.

4  Dated this 18th day of April, 2025           Dated this 18th day of April, 2025

5  MARQUIS AURBACH                              MARK MAUSERT LAW

6

7  By: s/ Nick D. Crosby                        By: s/ Mark Mausert
      Nick D. Crosby, Esq.                          Mark Mausert, Esq.
      Nevada Bar No. 8996                           Nevada Bar No. 2398
8     10001 Park Run Drive                          Sean McDowell, Esq.
      Las Vegas, Nevada 89145                       Nevada Bar No. 15962
9     *Attorney(s) for Defendant Gurvinder*         729 Evans Ave.
      *Dosanjh*Defendant Gurvinder Donanjh          Reno, NV 89512
10                                                  *Attorneys for Plaintiff Karri Rodgers*

**ORDER**

IT IS SO ORDERED:

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2025