**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
　Attorneys for Defendant Gurvinder Dosanjh

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARRI RODGERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRAND DOSANJH, L.L.C. dba COWBOYS LIQUOR and GURVINDER DOSANJH,<br><br>　　　　Defendants. | Case Number:<br>3:24-cv-00564-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT GURVINDER DOSANJH TO FILE A RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

　　　　Defendant Gurvinder Dosanjh ("Defendant"), by and through his counsel of record, the law firm of Marquis Aurbach, and Plaintiff Karri Rodgers ("Plaintiff"), by and through her counsel of record, the law firm of Mark Mausert Law, hereby stipulate that the deadline for Defendant to file his Answer to Plaintiff's Complaint be extended from May 9, 2025 until May 13, 2025.

　　　　1.　　On December 9, 2024 Plaintiff filed her Complaint (ECF No. 1).

　　　　2.　　On April 18, 2025 Defendant filed his Notice of Appearance (ECF No. 12).

　　　　3.　　On April 18, 2025, the parties filed their Stipulation and Order to Set Aside Default and Vacate Hearing (ECF No. 13), wherein the parties also agreed Defendant had until May 9, 2025 to file a response to the Complaint. (Id.)

　　　　4.　　Counsel for Defendant started a federal court trial on May 5, 2025 that is expected to last until May 13, 2025 in the case of *Lechner v. Las Vegas Metropolitan Police Department*, Case No. 2:19-cv-00638-RFB-MDC. As such, counsel's time has been almost entirely focused on preparation for the trial and attendance at the trial.

　　　　5.　　Defendant's response is currently due on May 9, 2025.

MAC: 18045-001 (#5882253.1) 5/9/2025 1:08 PM

6. Plaintiff and Defendant hereby stipulate to extend the deadline for Defendant to file his response to the Complaint from May 9, 2025 to May 13, 2025.

7. This stipulation is not for the purposes of delay.

IT IS SO STIPULATED.

Dated this 9th day of May, 2025.   Dated this 9th day of May, 2025.

MARQUIS AURBACH   MARK MAUSERT LAW

By: *s/ Nick D. Crosby*   By: *s/ Mark Mausert*
    Nick D. Crosby, Esq.       Mark Mausert, Esq.
    Nevada Bar No. 8996       Nevada Bar No. 2398
    10001 Park Run Drive       Sean McDowell, Esq.
    Las Vegas, Nevada 89145       Nevada Bar No. 15962
    *Attorney for Defendant Gurvinder*       729 Evans Ave.
    *Dosanjh*       Reno, Nevada 89512
           *Attorneys for Plaintiff Karri Rodgers*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2025