# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARRI RODGERS, individually,<br><br>              Plaintiff,<br><br>vs.<br><br>BRAND DOSANJH, L.L.C. dba COWBOYS LIQUOR and GURVINDER DOSANJH,<br><br>              Defendants. | Case Number:<br>3:24-cv-00564-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Karri Rodgers ("Plaintiff"), by and through their counsel of record, Mark Mausert, Esq. and Defendant Gurvinder Dosanjh ("Defendant Dosanjh"), by and through his counsel of record, Nick Crosby, Esq. of Marquis Aurbach, hereby stipulate that the above-captioned case shall be dismissed with prejudice and each side is to bear its own fees and costs.

IT IS SO STIPULATED this 22nd day of October, 2025.

| | |
|---|---|
| MARQUIS AURBACH | MARK MAUSERT |
| By: */s/ Nick D. Crosby*<br>   Nick D. Crosby, Esq.<br>   Nevada Bar No. 8996<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorneys for Defendant<br>   Gurvinder Dosanjh | By: *s/Mark Mausert*<br>   Mark Mausert, Esq.<br>   Nevada Bar No. 2398<br>   Sean McDowell, Esq.<br>   Nevada Bar No. 15962<br>   729 Evans Avenue<br>   Reno, Nevada 89512<br>   Attorneys for Plaintiff |

MAC: 18045-001 (#6040420.1)

Rodgers v. Dosanjh, LLC, et al.

Case No. 3:24-cv-00564-ART-CSD

**<u>ORDER</u>**

IT IS SO ORDERED the above-captioned case be dismissed with prejudice and each side to bear its own fees and costs.

_____
United States District Court Judge

DATED: <u>October 22, 2025</u>